IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00847-GPG

SARA M. HARTMANN,

    Plaintiff,

v.

DOUGLAS COUNTY DISTRICT COURT,
TOWN OF CASTLE ROCK,
DOUGLAS COUNTY, CO.,
CASTLE ROCK POLICE DEPT.,
DOUGLAS COUNTY SHERIFF'S OFC.,
LITTLE POLICE DEPARTMENT,
ARAPAHOE COUNTY SHERIFF'S OFC., and
DOUGLAS COUNTY SCHOOL SYSTEM,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Sara M. Hartmann currently resides in San Francisco, California. This action was initiated on April 22, 2015, when Plaintiff submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Plaintiff was granted leave to proceed pursuant to 28 U.S.C. § 1915.

On April 23, 2015, Magistrate Judge Gordon P. Gallagher entered an Order to Show Cause why the action should not be dismissed as repetitive of *Hartmann v. Douglas County, Colo., et al.*, No. 12-cv-03309-LTB (D. Colo. Feb. 7, 2013) (involved divorce proceeding in State of Colorado; dismissed for lack of subject matter jurisdiction). Magistrate Judge Gallagher found that in this case Plaintiff names many of the same defendants and raises the same claims as she did in Case No. 12-cv-03309-LTB.

Plaintiff was directed to respond to the April 23 Order within thirty days from the date of the Order and state why this action should not be dismissed as repetitive of Case No. 12-cv-03309-LTB. Plaintiff was warned that if she failed to show cause within the time allowed the Court would dismiss the action as repetitious.

Plaintiff now has failed to respond within the time allowed. The Court, therefore, will dismiss the action as repetitious and legally frivolous pursuant to *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). Accordingly, it is

ORDERED that the Complaint and action are repetitious and are dismissed with prejudice as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  28th  day of    May         , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court